

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-62,010-02**

**EX PARTE MITCHELL JOHNSON, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. 896336-B IN THE 176TH DISTRICT COURT**
**FROM HARRIS COUNTY**

*Per curiam.*

## ORDER

Applicant was convicted of assault on a public servant and sentenced to twenty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Johnson v. State*, No. 01-02-01035-CR (Tex. App.—Houston [1st] Jan. 8, 2004). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims regarding his street time and parole are without merit. Therefore, we deny relief.

Applicant's claims challenging his conviction are dismissed pursuant to TEX. CODE

CRIM. PRO. Art. 11.07 §4.


Delivered:     December 9, 2020

Do not publish